# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Thomas Roehrman,** | |
| Plaintiff, | Civil Action No. 1:22-cv-1568- JRS-KMB |
| v. | |
| **McAfee, LLC** and **Protected.net Group Limited d/b/a Total AV,** | Assigned to: The Honorable James R. Sweeney II Courtroom 307 |
| Defendant. | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| /s/ Esteban Morales | /s/ *Jacob U. Ginsburg* |
|---|---|
| Joshua Briones, Esq. (admitted pro hac vice) | By: /s/ Jacob U. Ginsburg |
| Esteban Morales, Esq. (admitted pro hac vice) | Jacob U. Ginsburg, Esq. |
| Cesar Dulanto, Esq. (admitted pro hac vice) | Kimmel & Silverman, P.C. |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | 30 E. Butler Ave. |
| | Ambler, PA 19002 |
| Century Plaza Towers | Phone: 215-540-8888 |
| 2049 Century Park East, Suite 300 | Facsimile: 877-788-2864 |
| Los Angeles, CA 90067 | Email: jginsburg@creditlaw.com |
| Tel: 310-586-3200 | teamkimmel@creditlaw.com |
| Fax: 310-586-3202 | |
| Email: jbriones@mintz.com; emorales@mintz.com; cmdulanto@mintz.com | |
| Date: April 10, 2023 | Date: April 10, 2023 |

- 2 -

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Joshua Briones, Esq. (admitted pro hac vice)
Esteban Morales, Esq. (admitted pro hac vice)
Cesar Dulanto, Esq. (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
Century Plaza Towers
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Email: jbriones@mintz.com;
emorales@mintz.com; cmdulanto@mintz.com
Attorneys for the Defendant

DATED:  April 10, 2023

                              By: /s/ Jacob U. Ginsburg
                              Jacob U. Ginsburg, Esq.
                              Kimmel & Silverman, P.C.
                              30 E. Butler Ave.
                              Ambler, PA 19002
                              Phone: 215-540-8888
                              Facsimile: 877-788-2864
                              Email: jginsburg@creditlaw.com
                              teamkimmel@creditlaw.com