Acknowledged.
JRS, DJ, 4/11/2023.

Distribution to all counsel
of record via CM/ECF.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| **Thomas Roehrman,** | § § § | |
| Plaintiff, | § § | **Civil Action No. 1:22-cv-1568- JRS-KMB** |
| v. | § § § | |
| **McAfee, LLC** and **Protected.net Group Limited d/b/a Total AV,** | § § § | **Assigned to:** **The Honorable James R. Sweeney II** **Courtroom 307** |
| Defendant. | § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Esteban Morales

Joshua Briones, Esq. (admitted pro hac vice)
Esteban Morales, Esq. (admitted pro hac vice)
Cesar Dulanto, Esq. (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
Century Plaza Towers
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: 310-586-3200
Fax: 310-586-3202
Email: jbriones@mintz.com;
emorales@mintz.com; cmdulanto@mintz.com

Date: April 10, 2023

/s/ *Jacob U. Ginsburg*

By: /s/ Jacob U. Ginsburg
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Ave.
Ambler, PA 19002
Phone: 215-540-8888
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Date: April 10, 2023